IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:24-CR-92 (JAG) |
| | : | |
| v. | : | |
| | : | **NOTICE OF** |
| ADAM LAMAR HARRELL, | : | **APPEARANCE** |
| Defendant. | : | |

The undersigned respectfully requests the Clerk of Court to enter his appearance and the appearance of Oberheiden P.C. as counsel for Defendant Adam Lamar Harrell in this action as an attorney to be noticed.

Dated: New York, New York
      June 26, 2024

                              Respectfully submitted,

                              OBERHEIDEN, P.C.
                              *Attorneys for Mr. Harrell*

                              William H. Newman
                              Virginia Bar Number 98738
                              30 Wall Street, Eighth Floor
                              New York, New York 10005
                              Tel: (212) 970-9468
                              Email: will@federal-lawyer.com