AO83   (Rev. 08/2010)   Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA
v.                                                                Case. No.  3:24CR92
ADAM LAMAR HARRELL
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the places, date and times set forth below.

| | |
|---|---|
| PLACE: **UNITED STATES DISTRICT COURT**<br>**701 EAST BROAD STREET**<br>**RICHMOND, VIRGINIA 23219** | COURTROOM:<br>**5300**<br><br>DATE & TIME:<br>**7/18/2024 @ 2:15 P.M.** |

Before: The Honorable Magistrate Judge Mark R. Colombell

To answer a(n):

☐ Indictment   ☐ Superseding Indictment   ☒ Criminal Information   ☐ Complaint
☐ Order of Court   ☐ Sealed Order of Court
☐ Petition on Supervised Release   ☐ Petition on Probation
☐ Violation of Pretrial Release   ☐ Violation Notice

Charging you with a violation of: SEE ATTACHED

**YOU ARE ALSO SUMMONED TO APPEAR** for an initial and plea hearing before the Honorable Mark R. Colombell on 7/18/2024 at 2:15 P.M. in Courtroom No. 5300.

**UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**
**UNITED STATES PRETRIAL SERVICES**
**Suite 1150**
**701 East Broad Street**
**Richmond, Virginia 23219**
**(804) 916-2800**

FILE COPY                                                                                      6/26/2024

Signature of Issuing Officer                                                          Date

A Duncan, Deputy Clerk
Name and Title of Issuing Officer