AO83   (Rev. 08/2010)   Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA
v.                       Case. No. 3:24CR92
**ADAM LAMAR HARRELL**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the places, date and times set forth below.

PLACE: **UNITED STATES DISTRICT COURT**
**701 EAST BROAD STREET**
**RICHMOND, VIRGINIA 23219**

COURTROOM: 5400

DATE & TIME:
July 25, 2024
at 2:00 p.m.

Before: The Honorable Magistrate Judge Summer L. Speight

To answer a(n):

☐ Indictment   ☐ Superseding Indictment   ☒ Criminal Information   ☐ Complaint
☐ Order of Court   ☐ Sealed Order of Court
☐ Petition on Supervised Release   ☐ Petition on Probation
☐ Violation of Pretrial Release   ☐ Violation Notice

Charging you with a violation of: SEE ATTACHED

UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:
UNITED STATES PRETRIAL SERVICES
Suite 1150
701 East Broad Street
Richmond, Virginia 23219
(804) 916-2800

_/s/ J. Saunders_                                                    7/16/2024
Signature of Issuing Officer                                 Date

J. Saunders, Deputy Clerk
Name and Title of Issuing Officer

# RETURN OF SERVICE

This summons was received by me: Jessica Saunders

Date:

Name of Server                                    Title:

Check one box below to indicate appropriate method of service:

☒ I personally served the summons on the defendant on: [date] or **served on defense counsel Charles James by email on 7/16/24 at 5:17 P.M. Counsel confirmed receipt on behalf of his client on 7/16/24 at 5:38 P.M.**

☐ On [date], I left the summons at the defendant's residence or usual place of abode on with [name], a person of suitable age and discretion who resides there, and I mailed a copy of the summons to the defendant's last known address; or

☐ On [date], I delivered a copy of the summons to [name] who is authorized to receive service of process on behalf of [organization], and I mailed a copy to the organization's last known address within the district or to its principal place of business in the United States; or

☐ On [date], the summons was returned unexecuted because: _____

_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct to the best of my knowledge and belief.

Executed on _____         _____
                Date                                      Signature of Server

                                          _____
                                                      Address of Server